```
1  DONALD R. BUCHANAN    CBN: 110309
   171 S. ANITA DRIVE
2  ORANGE, CA 92868
3  Telephone: (714) 567-0188
   Email: Donssatty@aol.com
4
5  ATTORNEY FOR STANLEY ALLAN LEWIS
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY ALLAN LEWIS | ) No. SACV 14-00769 DMG (AS) |
| Plaintiff, | ) |
| | ) [~~XXXXXXX~~] ORDER AWARDING |
| v. | ) EAJA FEES |
| Carolyn W. Colvin, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND- THREE HUNDRED DOLLARS and no cents ($3,300.00) subject to the terms of the stipulation.

DATE: 9/25/15          / s /

HONORABLE ALKA SAGAR

UNITES STATES MAGISTRATE JUDGE

-1-